# Order

Michigan Supreme Court
Lansing, Michigan

September 27, 2010

140988

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

TIMOTHY WARD
     Plaintiff-Appellant,

v

                                    SC: 140988
                                      COA: 284994
                                      Kent CC: 04-006032-NF

TITAN INSURANCE COMPANY
     Defendant-Appellee.

_____/

       On order of the Court, the application for leave to appeal the March 16, 2010 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Wilcox v State Farm Mutual Insurance Company* (Docket No. 138602) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

y0920